```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY COTTO,

                Plaintiff,

       - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

20-CV-9383 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On August 17, 2021, the Commissioner filed a motion for judgment on the pleadings. Plaintiff's opposition, if any, was due to be filed by October 17, 2021. No opposition appears on the docket. Accordingly, if Plaintiff wishes to respond to the Defendant's motion, Plaintiff shall do so no later than **January 17, 2022**. Failure to file a response may result in dismissal of the complaint for failure to prosecute.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Nancy Cotto
143 W. 130th St.
#5
New York, NY 10027

1