UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

------------------------------------------------------------X

Nancy Cotto,

                Plaintiff,                    20 **CIVIL** 9383 (VSB)

      -against-                            **JUDGMENT**

Commissioner of Social Security,
                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 26, 2022, the Court has reviewed Judge Lehrberger's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, found none. The Report and Recommendation is ADOPTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
       May 26, 2022

                                            **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                **BY:**      *K. Mango*
                                                 **Deputy Clerk**